IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| OMAR LOPEZ-CRUZ,<br><br>*Petitioner,*<br><br>VS.<br><br>GABRIEL MARTINEZ, Field Office Director of Enforcement and Removal Operations, Houston Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; ALEXANDER SANCHEZ, Warden of the IAH Secure Adult Detention Facility,<br><br>*Respondents.* | CIVIL ACTION NO. 9:26-CV-00101<br>JUDGE MICHAEL J. TRUNCALE |

**ORDER REGARDING ADMISSION**

On February 1, 2026, Petitioner filed his Petition for Writ of Habeas Corpus in the Southern District of Texas, Houston Division. [Dkt. 1]. On February 10, 2026, this matter was transferred to the Eastern District of Texas, Lufkin Division. [Dkt. 3]. At the time of transfer, counsel for Petitioner, Fernando Alvares, was not admitted to practice in the Eastern District of Texas. On February 11, 2026, the Clerk emailed Mr. Alvares with instructions on admission requirements for the Eastern District of Texas.

Accordingly, it is **ORDERED** that Fernando Alvares take the necessary steps to appear on behalf of Petitioner either by becoming admitted to practice in the Eastern District of Texas or by appearing Pro Hac Vice in this matter on or before **February 27, 2026**. Failure to do so will result in this matter being set for a Status Conference before the Court.

The Clerk is **INSTRUCTED** to forward a copy of this Order to Mr. Alvares via Email as follows:

Fernando Alvares
Email: fa@alvareslaw.net

**SIGNED this 12th day of February, 2026.**

_____
Michael J. Truncale
United States District Judge