IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| OMAR LOPEZ CRUZ,<br><br>*Petitioner*,<br><br>v.<br><br>Gabriel MARTINEZ, Field Office Director of Enforcement and Removal Operations, Houston Field Office, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Alexander Sanchez, Warden of the IAH Secure Adult Detention Facility,<br><br>*Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 9:26-CV-00101<br>JUDGE MICHAEL J. TRUNCALE |

## **ORDER CLOSING CASE**

Before the Court is Petitioner Omar Lopez Cruz ("Lopez Cruz")'s Petition for Writ of Habeas Corpus. [Dkt. 1]. The Court ordered counsel for Lopez Cruz to become admitted to the Eastern District of Texas or otherwise appear pro hac vice in this matter by February 27, 2026. [Dkt. 5]. The Court subsequently held a telephonic status conference on April 24, 2026, in which counsel was reminded to seek admission or appear pro hac vice. [Dkt. 8]. The Court warned counsel that failure to follow the Court's order could result in the action's dismissal without prejudice. The Court extended counsel's deadline to May 15, 2026. *Id.*

Counsel has failed to seek admission or appear pro hac vice as ordered. The Fifth Circuit has recognized a district court's discretion to dismiss a case without prejudice for failure to follow a court order. *See Copeland v. Nevarez*, 2025 WL 3241563 (5th Cir. Nov. 20, 2025).

Accordingly, the Court hereby **ORDERS** this action **DISMISSED** without prejudice. The Clerk is also **ORDERED** to close this case.

**SIGNED this 21st day of May, 2026.**

Michael J. Truncale
United States District Judge